IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 13 AM 10: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| PATRICIA JEAN DISNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 05-2306-BP |
| | ) Judge J. Daniel Breen |
| STATE FARM FIRE & CASUALTY | ) Magistrate Judge Tu M. Pham |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

### [PROPOSED]
### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND FOR ORDER DIRECTING PAYMENT OF FEES AND EXPENSES

This matter is before the Court upon State Farm Fire & Casualty Company, Inc.'s Motion for Leave to File Reply to Plaintiff's Response to Defendant's Motion to Dismiss and for Order Directing Payment of Fees and Expenses. The Court finds that the Motion is well taken and should be granted. Therefore, the Defendant's Motion for Leave to File Reply is hereby GRANTED.

Judge

Date: July 13, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-13-05

M ALM 889570 v1
2787551-000031 07/11/05

Submitted by,

*[signature]*

GEORGE T. LEWIS, III (#7018)
ANTONIO L. MATTHEWS (#018107)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
Attorneys for Defendant, State Farm
  Fire & Casualty Company
165 Madison Avenue, Suite 2000
First Tennessee Building
Memphis, Tennessee 38103
Telephone:   (901) 526-2000
Fax:             (901) 577-2303

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon counsel for Plaintiff, Thomas D. Yeaglin, 140 Jefferson Avenue, Memphis, Tennessee 38103, via U. S. Mail, postage pre-paid this __11__ day of __July__, 2005.

*[signature]*

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02306 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas D. Yeaglin
LAW OFFICE OF THOMAS YEAGLIN
140 Jefferson Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT