IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICIA JEAN DISNEY,   )
                        )
    Plaintiff,          )
                        )
vs.                     )   Civ. No. 05-2306-B/P
                        )
STATE FARM FIRE & CASUALTY )
COMPANY,                )
                        )
    Defendant.          )
                        )

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held July 28, 2005. Present were Thomas D. Yeaglin, counsel for plaintiff, and Antonio L. Matthews, counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):** September 5, 2005

**JOINING PARTIES:** October 5, 2005

**AMENDING PLEADINGS:** October 5, 2005

**INITIAL MOTIONS TO DISMISS:** October 16, 2005

**COMPLETING ALL DISCOVERY:** March 16, 2006

   (a) **DOCUMENT PRODUCTION:** January 16, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-3-05

(b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: February 16, 2006

(c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

   (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: Pursuant to the Order of Dismissal entered by the Court in Civil Action No. 02-2210, Plaintiff will not be permitted to use an expert witness.

   (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: February 16, 2006

   (3) **EXPERT WITNESS DEPOSITIONS**: March 16, 2006

**FILING DISPOSITIVE MOTIONS**: April 16, 2006

**OTHER RELEVANT MATTERS**:

   No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

   Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

   This case is set for jury trial, and the trial is expected to last five (5) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

   The parties do not agree that ADR is appropriate at this time.

   The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

August 3, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02306 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Thomas D. Yeaglin
LAW OFFICE OF THOMAS YEAGLIN
140 Jefferson Ave.
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT